UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

**Hearing Date: October 21, 2026,**
**Hearing Time: 10:00 A.M.**

In re:

Gertrude Alexis

Chapter:13
Case No.: 26-22748 (dsj)

Debtor.

- --------------------------------------------------- X

**NOTICE OF ADJOURNMENT OF CONFIRMATION HEARING FROM**

**SEPTEMBER 16, 2026, TO OCTOBER 21, 2026, AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the Confirmation Hearing previously scheduled to be heard on September 16, 2026, has been adjourned by the Court to **October 21, 2026, at 10:00 A.M.** as set forth in this notice (the "Notice").

**PLEASE TAKE FURTHER NOTICE** that all parties who wish to appear must register to appear on Zoom at least one business day prior to the scheduled hearing by 4:00 p.m. using the eCourt Appearances Tool, which can be accessed at the link below:

https://www.nysb.uscourts.gov/ecourt-appearances/

Dated: Harrison, New York
September 15, 2026,

BRONSON LAW OFFICES, P.C.

By: */s/H. Bruce Bronson*
H. Bruce Bronson
480 Mamaroneck Ave.
Harrison, NY 10528
hbbronson@bronsonlaw.net
917-705-1636